## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| WLADISLAW PROKOPCZUK, and MARIAN WASCO, individually and on behalf of all others similarly situated<br>v.<br>A WAREHOUSE ON WHEELS, INC., an Illinois corporation and KERRY FIERKE | FILED: MAY 1, 2008<br>08cv2502 j. n.<br>JUDGE MANNING<br>MAG. JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

| | |
|---|---|
| NAME (Type or print)<br>William P. Boznos | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ William P. Boznos | |
| FIRM<br>BELLAS & WACHOWSKI | |
| STREET ADDRESS<br>15 North Northwest Highway | |
| CITY/STATE/ZIP<br>Park Ridge, IL 60068 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6187447 | TELEPHONE NUMBER<br>847-823-9030 x 12 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |