## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| WLADISLAW PROKOPCZUK, and MARIAN WASCO, individually and on behalf of all other similarly situated v. A WAREHOUSE ON WHEELS, INC., an Illinois corporation and KERRY FIERKE | FILED: MAY 1, 2008<br>08cv2502 j. n.<br>JUDGE MANNING<br>MAG. JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

| NAME (Type or print) |
|---|
| George S. Bellas |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ George S. Bellas |

| FIRM |
|---|
| BELLAS & WACHOWSKI |

| STREET ADDRESS |
|---|
| 15 North Northwest Highway |

| CITY/STATE/ZIP |
|---|
| Park Ridge, IL 60068 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0163589 | 847-823-9030 x 19 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |