# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 cv 2502

Wladislaw Prokopczuk and Marian Wasco, et al.
v.
A Warehouse on Wheels, Inc., an Illinois corporation and Kerry Fierke, individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, A Warehouse on Wheels, Inc. and Kerry Fierke, individually.

| | |
|---|---|
| NAME (Type or print)<br>Walter J. Liszka | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Walter J. Liszka | |
| FIRM<br>Wessels Pautsch & Sherman P.C. | |
| STREET ADDRESS<br>33 W. Monroe Street, Suite 1120 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1675656 | TELEPHONE NUMBER<br>(312) 629-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |