IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WLADISLAW PROKOPCZUK, and <br> MARIAN WASCO, Individually <br> and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> A WAREHOUSE ON WHEELS, INC. <br> An Illinois Corporation and KERRY FIERKE <br><br> Defendants. | Case No. 08 CV 2502 <br><br> Judge Manning <br><br> Magistrate Judge Valdez <br><br> JURY DEMAND TRIAL |

### NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Defendant, A Warehouse on Wheels, Inc. in accordance with Fed. R. Civ. P. 7.1 and the Northern District of Illinois, Eastern Division LR 3.2, discloses to this Court, by and through its attorneys, Walter J. Liszka, Sean F. Darke and Christina Lopez-Nutzman, states that it is not affiliated with any other corporation and is it not owned by a parent corporation. Defendant further states that no entity owns more than 5% of the corporation.

Respectfully Submitted,

**A WAREHOUSE ON WHEELS, INC.**

By: _____s/ Sean F. Darke_____
Sean F. Darke

Walter J. Liszka
Sean F. Darke
Christina Lopez-Nutzman
Wessels Pautsch & Sherman P.C.
33 W. Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 629-9300 (Telephone)
(312) 629-9301 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WLADISLAW PROKOPCZUK, and <br> MARIAN WASCO, Individually <br> and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> A WAREHOUSE ON WHEELS, INC. <br> An Illinois Corporation and KERRY FIERKE <br><br> Defendants. | Case No. 08 CV 2502 <br><br> Judge Manning <br><br> Magistrate Judge Valdez <br><br> JURY DEMAND TRIAL |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 25th day of June 2008, he served a true and correct copy of **NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing upon the following individual(s):

> William Bonzos
> George S. Bellas
> Bellas & Wachowski
> 15 North Northwest Highway
> Park Ridge, Illinois 60068

> s/ Sean F. Darke
> Sean F. Darke