IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WLADISLAW PROKOPCZUK, and<br>MARIAN WASCO, Individually<br>and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A WAREHOUSE ON WHEELS, INC.<br>An Illinois Corporation and KERRY FIERKE<br><br>Defendants. | Case No. 08 CV 2502<br><br>Judge Manning<br><br>Magistrate Judge Valdez<br><br>JURY DEMAND TRIAL |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, July 31, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant will appear before the Honorable Blanche Manning in her Courtroom, No. 2125, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present, **DEFENDANTS' REQUEST FOR LEAVE TO FILE AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT,** *INSTANTER* a copy of which is attached and served upon you.

Respectfully submitted,

**A WAREHOUSE ON WHEELS and
KERRY FIERKE**


By: _s/ Sean F. Darke_
One of Defendants' Attorneys

Sean F. Darke, Esq. (ARDC #6285312)
WESSELS PAUTSCH SHERMAN P.C.
33 W. Monroe Street, Suite 1120
Chicago, IL  60603
(312) 629-9300 (Telephone)
(312) 629-9301 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WLADISLAW PROKOPCZUK, and<br>MARIAN WASCO, Individually<br>and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>A WAREHOUSE ON WHEELS, INC.<br>An Illinois Corporation and KERRY FIERKE<br><br>       Defendants. | Case No. 08 CV 2502<br><br>Judge Manning<br><br>Magistrate Judge Valdez<br><br>JURY DEMAND TRIAL |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 21, 2008 he served a true and correct copy of **DEFENDANTS' REQUEST FOR LEAVE TO FILE AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT,** *INSTANTER* to the Clerk of Court by filing and uploading to the CM/ECF system that will send notification of such filing to the following individual(s):

>William Bonzos
>George S. Bellas
>Bellas & Wachowski
>15 North Northwest Highway
>Park Ridge, Illinois 60068

>_s/ Sean F. Darke_
>Sean F. Darke